■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CARRIE JONES, Respondent, against WILLIAM FENNELLY, as Sheriff of the County of Albany, et al., Appellants. THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACKIE SCOTT, Respondent, against WILLIAM FENNELLY, as Sheriff of the County of Albany, et al., Appellants.— These cases differ from *People ex rel. Jackson* v. *Fennelly* (5 A D 2d 71) decided herewith in opinion *Per Curiam* because the complaints in these two cases were not sworn to before a magistrate or his clerk; and the factual allegation in each petition for habeas corpus that the complaint was not laid before a magistrate is not traversed or disputed. Orders affirmed. Bergan, J. P., Coon, Halpern and Gibson, JJ., concur.